IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|                                      |     |                                          |
|--------------------------------------|-----|------------------------------------------|
| UNITED STATES OF AMERICA,            | )   | Case No.  CR 06-126-S-BLW               |
| Plaintiff,                           | )   |           CR 08-138-S-BLW               |
| v.                                   | )   |                                          |
| DENNIS BRUCE HAMMONS,                | )   | **REPORT AND RECOMMENDATION**           |
| Defendant.                           | )   |                                          |

On June 10, 2008, Defendant DENNIS BRUCE HAMMONS appeared before the

undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea

agreement.  The Defendant executed a written waiver of the right to have the presiding United

States District Judge take his change of plea in both matters.  Defendant also waived any

objection to venue allowing this Court to accept his plea in CR 08-138-S-BLW.  Thereafter, the

Court explained to the Defendant the nature of the charges contained in the applicable Second

Superseding Indictment filed in CR 06-126-S-BLW (Docket No. 425) and the Information filed

in CR 08-138-S-BLW (Docket No. 1), the maximum penalties applicable, his constitutional

rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not

be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the

Defendant, his counsel, and the government, finds that there is a factual basis for both of the Defendant's guilty pleas, that he entered them voluntarily and with full knowledge of the consequences, and that the pleas should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1)      The District Court accept Defendant DENNIS BRUCE HAMMONS' plea of guilty to Count 5 of the Second Superseding Indictment filed in CR 06-126-S-BLW (Docket No. 425) and Count 1 of the Information filed in CR08-138-S-BLW (Docket No. 1), and that a pre-sentence report be ordered.

2)      The District Court GRANT, at the appropriate time, the United States' motion to dismiss Counts 1, 2, 3, 4, 6, 7, 8, 9, and 10 of the Second Superseding Indictment filed in CR06-126-S-BLW (Docket No. 425) and the Information as to Defendant.

Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: June 10, 2008

CANDY WAGAHOFF DALE
UNITED STATES MAGISTRATE JUDGE